# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

June 1, 2026

*Before*

MICHAEL Y. SCUDDER, *Circuit Judge*
JOSHUA P. KOLAR, *Circuit Judge*
NANCY L. MALDONADO, *Circuit Judge*

| | |
|---|---|
| No. 26-8009 | IN RE:<br>WEST MONROE PARTNERS, INC., et al.,<br>Petitioners |
| No. 26-8010 | IN RE:<br>MATTHEW DALY,<br>Petitioner |
| **Originating Case Information:** | |
| District Court No: 1:21-cv-06805<br>Northern District of Illinois, Eastern Division<br>District Judge John Robert Blakey | |

The following are before the court:

1. **DEFENDANTS' PETITION FOR PERMISSION TO APPEAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 23(f)**, filed on April 10, 2026, in appeal no. 26-8009, by counsel for the petitioners.

2. **PETITION FOR PERMISSION TO APPEAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 23(f)**, filed on April 10, 2026, in appeal no. 26-8010, by counsel for the petitioner.

3. **ANSWER IN OPPOSITION TO PETITION FOR PERMISSION TO APPEAL**, filed on April 30, 2026, in appeal no. 26-8009, by counsel for the respondent.

4. **DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFF'S PETITION FOR PERMISSION TO APPEAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 23(f)**, filed on April 30, 2026, in appeal no. 26-8010, by counsel for the respondents.

5. **DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF THEIR PETITION FOR PERMISSION TO APPEAL**, filed on May 7, 2026, in appeal no. 26-8009, by counsel for the petitioners.

6. **OPPOSITION TO MOTION**, filed on May 18, 2026, in appeal no. 26-8009, by counsel for the respondent.

7. **DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF THEIR PETITION FOR PERMISSION TO APPEAL**, filed on May 26, 2026, in appeal no. 26-8009, by counsel for the petitioners.

**IT IS ORDERED** that the petitions for permission to appeal are **GRANTED**.

**IT IS FURTHER ORDERED** that the request for leave to file a reply in support of the petition in 26-8009 is **GRANTED**. The court has considered the reply.

The petitioners shall pay the required docket fees to the clerk of the district court within fourteen days from the entry of this order pursuant to Federal Rule of Appellate Procedure 5(d)(1). Once the district court notifies this court that the fees have been paid, the appeals will be entered on this court's general docket. The resulting appeals will be consolidated for purposes of further briefing and disposition.